

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO. 8:23 cr 36 WFJ-AEP

TERRENCE THOMPSON

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Possession of a firearm by a convicted felon)**

On or about December 9, 2022, in the Middle District of Florida, the defendant,

TERRENCE THOMPSON,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Sale of cocaine, committed on or about July 16, 2000, sentenced on or about July 9, 2002;

2. Robbery with a deadly weapon, committed on or about April 21, 2002, sentenced on or about July 9, 2002;

3. Armed burglary, committed on or about April 21, 2002, sentenced on or about July 9, 2002; and

4. Felon in possession of a firearm, committed on or about April 21, 2002, sentenced on or about July 9, 2002;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Bersa Thunder 380 pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, a Bersa Thunder 380 pistol.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C.§ 853(p), directly and as incorporated by 28 U.S.C.§ 2461(c).

                                        A TRUE BILL,

                                        Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
David W.A. Chee
Assistant United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

3

FORM OBD-34
January 23

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

TERRENCE THOMPSON

INDICTMENT

Violations: 18 U.S.C. § 922(g)(1)

A true bill.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson

Filed in open court this <u>1st</u> day

of February 2023.

_____
Clerk

Bail $_____

GPO 863 525